UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>vs.<br><br>KAREN L. VERNON,<br><br>                 Defendant. | Case No. 3:11-cr-0028-RJB<br><br>**ORDER GRANTING MOTION FOR ONE DAY EXTENSION** |

The court GRANTS defendant's motion for a one day extension of time in which to file defendant's sentencing memorandum, now due January 2, 2013.

DATED this 2nd day of January, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge