MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___KAREN L. VERNON___ CASE NO. _3:11-cr-00028-02-RJB_
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:     ROBERT J. BRYAN

DEPUTY CLERK/RECORDER:    DENALI ELMORE

UNITED STATES' ATTORNEY:  STEVE SKROCKI / YVONNE LAMOUREUX
                          JOE BOTTINI

DEFENDANT'S ATTORNEY:     DARREL GARDNER

U.S.P.O.:                 CHARLENE HENSEL

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JANUARY 7, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

X Court accepted plea agreement.

X Court stated findings pursuant to sentencing guidelines.

X Imprisonment for a period of 144 months on count 1 of the First Superseding Indictment.

X Defendant placed on supervised release for a period of  5  years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $100.00, due immediately.

X Defendant remanded to the custody of the U.S. Marshal.

X On motion of the U.S. Attorney, remaining counts 2-4 of the First Superseding Indictment were **DISMISSED.**

X Court advised the defendant appeal rights have been waived.

X Payment coupon given to defendant.

At 2:02 p.m. court adjourned.

DATE:     JANUARY 7, 2013       DEPUTY CLERK'S INITIALS:   DJE